IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR71** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JESSICA MARTINEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's pro se motion to reduce her sentence as a result of the recent amendments to the crack cocaine sentencing guidelines (Filing No. 201). The Federal Public Defender was appointed (Filing No. 204), and defense counsel entered an appearance (Filing No. 206).

The Defendant's case involved methamphetamine and did not involve crack cocaine. Therefore,

IT IS ORDERED:

1. The Defendant's motion to reduce her sentence as a result of the recent amendments to the crack cocaine sentencing guidelines (Filing No. 201) is denied; and

2. Defense counsel is granted leave to withdraw after notifying the Defendant of this order.

DATED this 10th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge