**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR71** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **JESSICA MARTINEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

IT IS ORDERED that Defendant Jessica Martinez's Motion to Amend Judgment and Commitment Order (Filing No. 225) is denied.

Dated this 30th day of January, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge